# EXHIBIT B

July 4, 2019 Settlement Agreement with AFP

| ACORDO DE TRANSAÇÃO | SETTLEMENT AGREEMENT |
|---|---|
| Entre | Between |

| | |
|---|---|
| **AGENCE FRANCE-PRESSE, Escritório de Lisboa**, com sede na R. Rosa Araújo 34, 1250-189 Lisboa, com o número de identificação fiscal 980000017, neste ato representada por Christophe Walter Petit, atuando na capacidade de procurador, adiante designada por "**Primeira Contraente**", | **AGENCE FRANCE-PRESSE, Lisbon Office**, with head-offices at R. Rosa Araújo 34, 1250-189 Lisboa, taxpayer number 980000017, hereby represented by Mr. Christophe Walter-Petit, in the capacity of proxy, hereinafter referred to as "**First Party**", |
| e | and |
| **Leong Francisco Paulo**, residente na Rua Santo António à Estrela, n.º 33, R/C direito, 1350-291 Lisboa, portador do Cartão do Cidadão n.º 07492311, contribuinte fiscal n.º 171826256, adiante designado por "**Segundo Contraente**", | **Leong Francisco Paulo**, resident at Rua Santo António à Estrela, n.º 33, R/C direito, 1350-291 Lisboa, with the civil identification number 07492311, taxpayer number 171826256, hereinafter referred to as "**Second Party**", |
| É celebrado, livremente e de boa-fé, nos termos do disposto nos artigos 1248.º e seguintes do Código Civil, o presente Acordo de Transação destinado a fazer terminar o litígio que opõe as partes nos processos n.º 7083/19.8T8LSB e 7083/19.8T8LSB-A, que correm termos pelo Tribunal Judicial da Comarca de Lisboa – Juiz 7 do Juízo do Trabalho de Lisboa e aí ser apresentado, o qual se regerá pelas disposições contidas nas cláusulas seguintes: | It is freely and good-faith executed this Settlement Agreement, under the terms of articles 1248 and subsequent articles of the Portuguese Civil Code, aiming to terminate the judicial proceedings in which the parties are involved namely in proceedings nr. 7083/19.8T8LSB and nr. 7083/19.8T8LSB-A – pending at the Tribunal Judicial da Comarca de Lisboa – Juiz 7 do Juízo do Trabalho de Lisboa in which it shall be presented, that which shall be governed by the following clauses: |

| Cláusula 1.ª | Clause 1 |
|---|---|
| (Transação) | (Settlement) |

| | |
|---|---|
| Pelo presente Acordo Transacional, as partes decidem fazer terminar, por acordo, o litígio que as opõe atualmente, materializado nos processos n.º 7083/19.8T8LSB e 7083/19.8T8LSB-A, que correm termos pelo Tribunal Judicial da Comarca de Lisboa – Juiz 7 do Juízo do Trabalho de Lisboa. | By means of the present Settlement Agreement, the parties agree to terminate the judicial proceedings in which they are currently involved within the proceedings nr. 7083/19.8T8LSB and 7083/19.8T8LSB-A, pending at the Tribunal Judicial da Comarca de Lisboa – Juiz 7 do Juízo do Trabalho de Lisboa. |

| Cláusula 2.ª | Clause 2 |
|---|---|
| (Compensação e remissão abdicativa) | (Compensation and full remission) |

1. Sem prejuízo do disposto nos números 2 e 3 da presente cláusula, a título de compensação pela cessação do seu contrato de trabalho, o Segundo Contraente receberá da Primeira Contraente, a quantia ilíquida de Euros 85.000 (oitenta e cinco mil euros) e a título de indemnização por danos não patrimoniais a quantia de Euros 20.000 (vinte mil euros), valores aos quais se consideram reduzidos todos os pedidos formulados e a formular nos autos.

2. Às quantias referidas no número anterior serão deduzidos todos os descontos legais ou judiciais (por ordem de qualquer Tribunal ou agente de execução) a que haja lugar.

3. Aos valores referidos em 1 da presente cláusula será igualmente deduzido o

1. Without prejudice of numbers 2 and 3 of the present Clause, as compensation for the termination of the employment contract, the Employee shall receive from the Employer, the gross amount of Euros 85.000 (eighty five thousand euros) and the amount of Euros 20.000 (twenty thousand euros) as compensation for moral damages, amounts to which all requests (presented or to be presented) of the claims are considered to be reduced to.

2. To the amounts referred to in number 1 of this Clause, shall be deducted all the applicable legal deductions and of the deductions arising from any judicial order (issued by a Court or by an execution agent).

3. To the amounts referred to in number 1. of the present clause shall also be

| | |
|---|---|
| montante que o Segundo Contraente eventualmente receba nos termos e ao abrigo do disposto no n.º 3 do artigo 40.º do Código de Processo do Trabalho. | deducted any amount which the Second Party receives under the terms and in accordance with nr. 3 do article 40 of Portuguese Labour Procedure Code. |
| 4. O pagamento das quantias mencionadas no número 1, deduzido nas quantias referidas nos números 2 e 3, será efetuado por meio de transferência bancária, para o IBAN PT 50 0033 0000 5012 4695 4870 5, BIC/SWIFT BCOMPTPL do Segundo Contraente dentro do prazo de 10 dias contados do trânsito em julgado da sentença que homologue a presente transação e contanto que nesse momento haja sido cumprida a cláusula 4ª e entregues os equipamentos aí referidos. | 4. The payment of the amounts referred in number 1 of the present clause, after the deductions referred to in numbers 2 and 3 of the present Clause shall be made by means of bank transfer to the Second Party's IBAN IBAN PT 50 0033 0000 5012 4695 4870 5, BIC/SWIFT BCOMPTPL within 10 days following the date in which the Court's decision of homologation of the present settlement becomes final and provided that at that moment Clause Fourth has already been complied with and delivered the equipments thereto referred. |
| 5. Sem prejuízo do disposto no número 9 da presente cláusula, com o pagamento das quantias indicadas no número 1 da presente Cláusula, com as deduções referidas nos números 2 e 3, o Segundo Contraente declara nada mais ter a receber ou a reclamar da Primeira Contraente a respeito da negociação, celebração, execução e cessação da relação laboral que vigorou entre partes, valendo a presente declaração como total remissão abdicativa do Segundo Contraente nos termos e ao abrigo do disposto nos artigos 863.º e seguintes do Código Civil à qual a Primeira | 5. Without prejudice of nr. 9 of this clause, with the receipt of the amounts indicated in number 1 of this Clause, after the deductions referred to in numbers 2 and 3 of the present Clause, the Employee declares to have received from the Employer all the credits arising from the negotiation, celebration, execution and termination of his employment contract, aiming this statement to constitute a full remission of the Second Party towards the First Party under the terms and in accordance to articles 863 and subsequent articles of Portuguese Civil Code, to which the First Party hereby |

- 3 -

| | |
|---|---|
| Contraente dá o seu acordo. | agrees. |
| 6. Dos números anteriores resulta, entre o mais que o Segundo Contraente, sem prejuízo do disposto no número 9 da presente cláusula, renuncia expressamente a quaisquer créditos laborais de que eventualmente se pudesse considerar titular com respeito, direta ou indiretamente, à celebração, execução e cessação do contrato e, bem assim, a qualquer pretensão ou crédito que pudesse advir de anterior relação profissional que manteve com a Primeira Contraente enquanto fotógrafo "freelancer"/trabalhador independente. | 6. As a consequence of the statements inserted in the previous numbers of the present Clause, the Second Party, without prejudice of nr. 9 of this clause, expressly waives to any labor credits to which he could consider to be entitled to, directly or indirectly relating to the employment contract's celebration, execution or termination, or to any claim that could arise from his prior collaboration with the First Party as a "freelance photographer" – independent professional. |
| 7. O conteúdo dos números anteriores é aplicável à Primeira Contraente, bem como AFP em Paris ou qualquer entidade relacionada ou integrada no universo AFP, no mundo inteiro. | 7. The contents of all prior numbers refers not only to the First Party, but also to AFP in Paris and to any related or affiliated company of AFP, worldwide. |
| 8. Para total clarificação, o Segundo Contraente declara sem prejuízo do disposto no número 9 da presente cláusula, que, uma vez efetivamente recebidos os montantes constantes do número 1 da presente Cláusula, com as deduções referidas nos números 2 e 3, recebeu da Primeira Contraente todos os créditos resultantes da sua colaboração profissional com esta, seja como "freelancer", seja a respeito do contrato de trabalho aqui revogado e irrevogavelmente assume a obrigação de | 8. For total clarification, the Second Party declares, without prejudice of nr. 9 of this clause, to have received, once effectively paid the amounts referred to in nr. 1 of this Clause, after the deductions referred to in numbers 2 and 3 of the present Clause, from the First Party all the credits arising from his collaboration as a freelance photographer and from his employment contract hereby terminated and definitively and irrevocably undertakes not to bring any legal proceedings or actions, of any kind |

| | |
|---|---|
| não suscitar qualquer reclamação ou procedimento legal de qualquer natureza contra a Primeira Contraente, bem como contra a AFP Paris e qualquer sociedade do grupo que esta integra ou com ela relacionada, em qualquer País, não reclamando quaisquer quantias, indemnização ou compensação por danos, ou qualquer prestação análoga, fundado na lei laboral em relação com a execução ou cessação de tais contratos. | whatsoever, in any country and not to ask for any other damages whatsoever and/or any other type of compensation against the First Party, the AFP Paris, or of any entity within the same group or related to the First Party grounded on labour law in connection with his collaboration and/or the termination thereof with the First Party either as a freelancer or as an employee. |
| 9. A única exceção ao disposto nos números precedentes diz respeito a todo e qualquer tipo reclamação em matéria de direitos de autor que o Segundo Contraente pretenda vir a apresentar contra a Primeira Contraente, bem como contra a AFP Paris e qualquer sociedade do grupo que esta integra ou com ela relacionada, nomeada mas não exclusivamente para discussão de tudo quanto respeite à interpretação e aplicação da Cláusula Sétima do contrato de trabalho celebrado entre as partes em 1 de novembro de 2010. | 9. The sole exception to the prior numbers of the current Clause concerns any type of claim regarding to author rights which the Second party intends to present against the First Party, the AFP Paris, or of any entity within the same group or related to the First Party, including without limitation regarding the discussion of the interpretation and application of Clause Seven of the employment contract entered into between the parties as of November 1, 2010. |
| 10. O Segundo Contraente reduz, portanto, os pedidos formulados no processo judicial referido na cláusula primeira ao pagamento das quantias referidas na número 1 da presente cláusula com as deduções referidas nos números 2 e 3 da mesma. | 10. The Second Party therefore reduces the requests which he has presented within the judicial proceedings referred to in clause one of this agreement to the payment of the amounts referred to in number 1of the present clause, with the deductions foreseen in numbers 2 and 3 of the present clause. |

| | |
|---|---|
| 11. Com o cumprimento pelo Segundo Contraente das obrigações que para si resultam do presente acordo a Primeira Contraente declara nada mais ter a reclamar ou a receber do Segundo Contraente a respeito do contrato de trabalho que entre ambos vigorou. | 11. Once being fulfilled by Second Party all the obligations resulting to him of this agreement, the First Party to have received from the Employer all the credits arising from the negotiation, celebration, execution and termination of his employment contract. |

**Cláusula 3.ª**
**(Obrigação de confidencialidade)**

**Clause 3**
**(Confidentiality obligation)**

1. Pelo presente acordo, o Segundo Contraente obriga-se ainda a guardar segredo sobre quaisquer informações, conhecimentos ou documentos, independentemente da forma como foram adquiridos, relativos à Primeira Contraente, nomeadamente respeitantes à gestão, organização, carteira de clientes, produtos e serviços comercializados e contabilidade ou a outros conhecimentos e segredos técnicos ou comerciais, ou relativos a quaisquer outras pessoas, singulares ou coletivas, que se relacionem com a Primeira Contraente, nomeadamente gerentes, diretores, trabalhadores, clientes e fornecedores.

1. Throughout this agreement, the Employee undertakes to maintain full confidentiality regarding any information, knowledge or documents, regardless of how they were acquired, regarding the Employer, in particular concerning the management, organization, customer base, products sold and services accounting or other knowledge and technical or trade secrets, or of any other natural or legal person related to the Employer, including managers, directors, employees, customers and suppliers.

2. O Segundo Contraente, sem prejuízo do dever de submissão do presente requerimento em Juízo para efeitos de homologação e extinção dos processos judiciais acima identificados, compromete-se a tratar o conteúdo do presente acordo como confidencial perante quaisquer outras pessoas e entidades.

2. The Second Party, without prejudice of the obligation to present this agreement before Court so that it can be homologated, undertakes to treat its contents as strictly confidential before any other person or entity.




### Cláusula 4.ª
### (Devolução de instrumentos de trabalho)

Num prazo de 5 dias úteis contados da presente data, o Segundo Contraente obriga-se a devolver à Primeira Contraente todos os instrumentos de trabalho que tenha em seu poder, identificados na listagem constante do anexo I ao presente acordo e que dele é parte integrante., o que sucederá nas instalações dos mandatários da Primeira Contraente sitas na Avenida da República n.º 25, em Lisboa.

### Clause 4
### (Return of working instruments)

Within a 5 workable days deadline counted as of today, the Employee undertakes to return to the Employer all working instruments in his possession, identified in annex I of the present agreement and which is a part thereof, which will happen at the offices of the lawyers of the First Party, at Avenida da República, nr. 25, in Lisbon.

### Cláusula 5.ª
### (Custas judiciais)

As custas judiciais em dívida a Juízo serão suportadas pelos contraentes em partes iguais, prescindindo ambas de custas de parte.

### Clause 5
### (Judicial Costs)

The Court fees will be paid by the Parties in equal parts and both waive the right to ask the other any amount on this regard.

### Cláusula 6.ª
### (Remessa a Juízo, Renúncia ao recurso)

1. As partes subscreverão, no prazo de 48 horas, através dos seus mandatários, um requerimento conjunto que será remetido a Tribunal submetido através da plataforma citius, anexando cópia do presente acordo transacional e pedindo a sua homologação.

2. Em caso de violação do disposto no

### Clause 6
### (Presentation before Court, Non appeal)

1. The parties will jointly present before Court a request for the homologation of this settlement, which they will send to Court through the "citius" platform in a 48 hours deadline and presenting a copy of the present agreement.

2. In case of breach of the obligation

| | |
|---|---|
| número anterior, qualquer das partes pode unilateralmente remeter cópia do presente acordo para Tribunal. | referred to in the previous number, any of the parties may unilaterally address the said request to the Court. |
| 3. As partes renunciam ao recurso da decisão homologatória do presente acordo. | 3. The parties waive the right to appeal of the decision of homologation of the present settlement. |

Feito em três vias de igual valor, ficando um exemplar na posse de cada um dos signatários, sendo que em caso de dúvida interpretativa prevalece a versão portuguesa.

Made in three counterparts with the same value, to be retained by each of the signing people and in case of doubt, the Portuguese version of this agreement shall prevail.

Lisboa, 4 de julho de 2019

Lisboa, July 4 April 2019

Pela Primeira Contraente

By the First Party

_____
**AGENCE FRANCE-PRESSE**

_____
**AGENCE FRANCE-PRESSE**

O Advogado da Primeira Contraente com poderes especiais,

The attorney of the First Party

_____
**Rui Valente**

_____
**Rui Valente**

O Segundo Contraente

The Second Party

_____
**Leong Francisco Paulo**

_____
**Leong Francisco Paulo**

## ANEXO I / ANNEX I

Listagem de instrumentos de trabalho que deverão ser devolvidos pelo Segundo Contraente à Primeira Contraente para efeitos da Cláusula Quarta do presente Acordo / *List of working instruments that shall be returned by the Employee to the Employer for the purposes of Clause Four of this Agreement*:

| Type | Modele | Marque | Numero serie |
|---|---|---|---|
| BOITIER PRO | D4 | NIKON | 2037146 |
| BOITIER PRO | D4S | NIKON | 2007018 |
| BOITIER PRO | D4S | NIKON | 2012646 |
| BOITIER PRO | D5 | NIKON | 6002318 |
| BOITIER | Alpha 6000 | Sony | 4075888 |
| OBJECTIF | 24-70/2.8 AFS VR GED | NIKON | 2056494 |
| OBJECTIF | 300 - F4 | NIKON | 319343 |
| OBJECTIF | AFS 20/1.8 | NIKON | 257052 |
| OBJECTIF | VR 70-200 F2.8 II | NIKON | 20340067 |
| OBJECTIF LONG | 400 MM AFS 2,8 | NIKON | 201361 |
| MICRO ORDINATEUR | T470S | LENOVO | PC0S8004 |
| TELEPHONE | 6X | HONOR | 865119031874565 |