UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEONG FRANCISCO PAULO,

                Plaintiff,

-v-

AGENCE FRANCE PRESSE, GETTY IMAGES (U.S.), INC., and GETTY IMAGES INC.,

                Defendants.

CIVIL ACTION NO.: 21 Civ. 11209 (GHW) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

A Telephone Conference is scheduled for **Tuesday, June 14, 2022 at 2:30 pm** on the Court's conference line to discuss the Motion to Stay (ECF No. 24). The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:      New York, New York
              June 10, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**