UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEONG FRANCISCO PAULO,

               Plaintiff,

-v-

AGENCE FRANCE PRESSE, GETTY IMAGES (U.S.), INC., and GETTY IMAGES INC.,

               Defendants.

CIVIL ACTION NO.: 21 Civ. 11209 (GHW) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

For the reasons stated on the record at the telephonic conference held today, June 14, 2022 (the "Conference"), the Court DENIES AS MOOT the motion to stay filed by Defendants Agence France-Presse, Getty Images (US), Inc., and Getty Images, Inc. (collectively, "Defendants"). (ECF No. 28). Accordingly, the Court orders as follows:

1. By **Friday, July 8, 2022**, Plaintiff shall file his amended complaint (the "Amended Complaint");

2. By **Friday, August 12, 2022**, Defendants shall answer, move, or otherwise respond to the Amended Complaint;

   a. If Defendants elect to file a motion to dismiss, (i) Plaintiff shall file his opposition by, **Monday, September 12, 2022**, (ii) and Defendants shall file their reply by **Friday, September 30, 2022**.

The Clerk of Court is respectfully directed to close ECF No. 28.

Dated:        New York, New York
                June 14, 2022

                                            SO ORDERED.

                                            _____
                                            SARAH L. CAVE
                                            **United States Magistrate Judge**