UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEONG FRANCISCO PAULO,

                Plaintiff,

-v-                                              CIVIL ACTION NO.: 21 Civ. 11209 (GHW) (SLC)

AGENCE FRANCE PRESSE, GETTY IMAGES (U.S.),        **ORDER**
INC., and GETTY IMAGES INC.,

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the oral argument held today, December 20, 2022 (the "Oral Argument"), the Court orders as follows:

1. By **Friday, December 30, 2022**, Defendants shall file a letter, no longer than three (3) pages, responding to the cases presented by Plaintiff at the conclusion of oral argument. Defendants shall attach to the letter the demonstrative exhibit given to the Court during the Oral Argument.

2. By **Friday, January 6, 2023**, Plaintiff shall file a letter, no longer than three (3) pages in response. Plaintiff shall attach to his letter the demonstrative exhibit given to the Court during Oral Argument.

3. By **Wednesday, December 21, 2022**, the parties shall complete the annexed transcript request form, requesting expedited service, and submit one request to: etranscripts@nysd.uscourts.gov. The parties shall **promptly** file the transcript on the docket on receipt.

Dated: New York, New York  
December 20, 2022

SO ORDERED.

_____  
SARAH L. CAVE  
**United States Magistrate Judge**

2

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

**Request for the production of a transcript from an electronic recording**

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, <u>NOT the Southern District Court Reporters.</u> The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.

**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

## INDICATE SERVICE:
(prices listed are per page)

| Daily $6.66 | ○ | 3 Day $6.00 | ○ | 7 Day $5.34 | ○ | 14 Day $4.68 | ○ | 30 Day $4.02 | ○ |

| Your Name | |
|---|---|
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

[RESET] [PRINT] [SAVE] [EMAIL]