**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
LEONG FRANCISCO PAULO,

                Plaintiff,

    -against-                                    21 **CIVIL** 11209 (JLR)(SLC)

## JUDGMENT

AGENCE FRANCE-PRESSE, et al.,

                Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 30, 2023, Defendants' motion to dismiss is GRANTED. The case is DISMISSED pursuant to the doctrine of forum non conveniens, on the condition that Defendants agree to: (1) accept service in Portugal; (2) submit to the jurisdiction of the Lisbon District Court's Labour Division and/or Intellectual Property Division; (3) waive any statute of limitations defense that may have arisen since the filing of this action; (4) toll the statute of limitations as to Leong's claims under the Act and permit Leong to move to reopen this action and reassert those claims in the event that a Portuguese court were to decline to hear such claims; and (5) agree that Leong is not precluded from arguing that Clause 7 created a license that he rescinded. Additionally, this case is also DISMISSED as to AFP for lack of personal jurisdiction.

**Dated:** New York, New York

       March 31, 2023

                                                      **RUBY J. KRAJICK**

                                                      **Clerk of Court**

                             **BY:**     *K. Mango*

                                                      **Deputy Clerk**